IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE:

WARD, DARRELL STANTON                  CASE NO: 13-40153TLH4
                                                                            CHAPTER 7

      Debtor(s).
_____/

THERESA M. BENDER, TRUSTEE,
         Plaintiff,

Vs.                                                       Adversary Case No.14-04010

WARD, DARRELL STANTON
.
         Defendant.
_____/

**PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT FINAL JUDGEMENT AGAINST DEBTOR, WARD, DARRELL STANTON**

      THERESA M BENDER, CHAPTER 7 TRUSTEE, by and through her undersigned counsel, and hereby, requests entry of Default Final Judgment against Debtor, WARD, DARRELL STANTON , and alleges:

      1.      The Debtor, WARD, DARRELL STANTON , filed bankruptcy on 03/12/13.  The Trustee filed this action on or about August 20, 2014.

      2.      Service was made upon the Defendant and his/her attorney on August 25, 2014, at the following address:

            WARD, DARRELL STANTON, P O BOX 982, APALACHICOLA, FL. 32320;

            WARD, DARRELL STANTON, 149 AVE G, APALCHICOLA, FL. 32320;

            and THOMAS B. WOODWARD, P.O. BOX 10058, TALLAHASSEE, FL. 32302.

3. The Defendant had failed to file any paper with this Court, that was due on September 22, 2014, and the Clerk entered a Default on September 29, 2014.

4. It is undisputed that the Court served the Debtor with the order. It is undisputed that the Plaintiff has properly served the Complaint to Revoke Discharge and Demand for Judgment upon the Defendant. The Debtor has in all instances ignored the Trustee's efforts and this Court's orders seeking compliance. The Debtor has not responded and failed to present any excuse to justify, or even explain, his failure to obey. *See, In re Jeffries*, 356 B.R. 661 (Bankr. E.D. Va. 2006) wherein revocation was granted when the Debtor received the order in question and failed to comply with its terms.)

4. The Movant includes as exhibits to this Motion, affidavit in support of the allegations set forth in the complaint, and an affidavit of non-military service (where applicable).

5. Pursuant to Local Bankruptcy Rule 7055-B (1) and (2), Rules of Court, Northern District, Plaintiff is entitled to a Default Final Judgment against the Defendant(s), WARD, DARRELL STANTON.

6. The undersigned is entitled to a judgment for the amount due of $12,085.00, plus interest and attorney's fees and costs. The Plaintiff was required to expend attorney's fees and costs in this matter. The court has entered an Order authorizing the Trustee's employment of counsel. (Doc. #58). To date, counsel has expended at least 5.10 hours at an hourly rate of $350.00. The undersigned expects an additional hour will be necessary should a hearing be held, for a total fee of $1785.00, plus the adversary filing fee of $350.00. The undersigned believes this is a reasonable fee for the prosecution of this revocation action.

WHEREFORE, Based on the foregoing, the Plaintiff respectfully requests that this Court

enter a default final judgment on all counts, revoking the discharge of DARRELL STANTON WARD, pursuant 11 U.S.C. §727 (d)(3), to and the Court award the Plaintiff the following judgment: a judgment against the Defendant, Darrell Stanton Ward for the sum of $12,085.00, plus interest, and to assess attorney's fees in the amount of $1785.00 and costs in the amount of $350.00, plus interest; all for let execution lie.

WHEREFORE, the Plaintiff, Theresa M Bender, Chapter 7 Trustee, requests entry of a Default Final Judgment against Defendant(s), WARD, DARRELL STANTON, and requests such other and further relief as is just and proper.

/s/ Theresa M. Bender
THERESA M. BENDER
CHAPTER 7 TRUSTEE
P.O. Box 14557
Tallahassee, FL. 32317
PH: 850.205.7777
Fla Bar No. 0749486
Tmbenderch7@yahoo.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that the foregoing document was electronically filed with the U.S. Bankruptcy Court on this 17 November 2014, and a copy has been furnished to the Office of the U.S. Trustee, 110 East Park Ave, Suite 128, Tallahassee, Florida on this November 17, 2014.

/s/ Theresa M. Bender, Esquire

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

IN RE:
WARD, DARRELL STANTON                     Bankruptcy Case No.: 13-40153TLH4

        Debtor(s)
_____

THERESA M. BENDER, TRUSTEE,              Adversary Case No.:  14-04010

        Plaintiff,
vs.

WARD, DARRELL STANTON

        Defendants
_____

**DECLARATION IN SUPPORT OF PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT FINAL JUDGMENT AGAINST DEBTOR, WARD, DARRELL STANTON**

**COMES NOW,** THERESA M. BENDER, TRUSTEE, who states under penalty of perjury that the following statements are true and correct:

1. I am qualified and authorized to testify to the items and things set forth herein, and have personal knowledge of same. I am over eighteen (18) years of age.

2. I, at all times material hereto, am the duly appointed and qualified Chapter 7 Trustee in the above-styled bankruptcy proceeding, and I am familiar with the allegations set forth in the Complaint filed in this adversary proceeding on August 20, 2014.

3. The Debtors in the above-styled bankruptcy proceedings, WARD, DARRELL STANTON have failed to comply with the order(s) entered by this Court on June 13, 2014 (Doc. 53).

4. I, as the Trustee, have received and deposited into the estate's account no sums in compliance with this Order(s).

5. I have read the Motion for Default Judgment against Debtor, WARD, DARRELL STANTON and confirm that the facts alleged therein are true and correct.

FURTHER AFFIANT SAYETH NAUGHT.

/s/Theresa M. Bender
THERESA M. BENDER, TRUSTEE

Printed: 11/17/14 11:38 AM

# Time Sheet Report

**Trustee:** Theresa M. Bender, Trustee (290820)

**Period:** 01/01/00 - 11/17/14

Page: 1

| Case No: | 13-40153TLH4 | Case Name: | WARD, DARRELL STANTON | Petition Date: | 03/12/13 |
|---|---|---|---|---|---|
| Case Type: | Assets | Judge: | KAREN K. SPECIE | 341a Meeting: | 05/20/13  09:00 |

| Staff Name | Category | Date | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| THERESA MARIE BENDER (ATTY) | ATTORNEY | 08/20/14 | DRAFT COMPLAINT TO REVOKE DISCHARGE; application to employ Bender, P.A.; motion to defer filing fees; draft and submit order. File Adversary Complaint. | 2.20 | 350.000 | 770.00 |
| | | 09/24/14 | DRAFT MOTION FOR CLERKS DEFAULT, FILE AND SUBMIT ORDER | 0.80 | 350.000 | 280.00 |
| | | 11/17/14 | DRAFT MOTION FOR SUMMARY JUDGMENT, AFFIDAVITS AND FILE. | 2.10 | 350.000 | 735.00 |
| | **Subtotal for Staff Name: THERESA MARIE BENDER (ATTY)** | | | **5.10** | | **$1,785.00** |

**Total for Case:  13-40153TLH4**                                                                                               **5.10**             **$1,785.00**

**Total for Trustee:  Theresa M. Bender, Trustee**                                                                  **5.10**             **$1,785.00**

**Grand Total:**                                                                                                                           **5.10**             **$1,785.00**